

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | RHIANA SWARTZ<br>phone: (212) 356-2382<br>fax: (212) 356-3509<br>rswartz@law.nyc.gov |

February 18, 2014

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Amir Shaaban v. Police Officers Juan Cruz and Gabriel Feliciano, *et al.*</u>
13-CV-05620 (JBW) (JO)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter in which plaintiff alleges, *inter alia*, that excessive force was used on him by officers of the New York City Police Department. On behalf of defendant Police Officers Juan Cruz and Gabriel Feliciano, and with consent of plaintiff's counsel, I respectfully request an adjournment of the Early Settlement Conference currently scheduled for February 28, 2014, at 10:30 a.m.

The reason for this request is that defendants are continuing to collect pertinent paperwork which needs to be considered before meaningful settlement negotiations can take place. The parties propose an approximately 30-day adjournment of the conference to the afternoon of March 27 or 28, or any time during the week of March 31, 2014.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Rhiana Swartz
Assistant Corporation Counsel

cc: Baree Fett, Esq., *Attorney for Plaintiff* (via ECF)